[No. 6792.]

## WHITEHEAD V. JOHNSON.

PLEADINGS—*Motion for Judgment*—A motion for judgment on the pleadings cannot be converted into a demurrer to the complaint.

*Error to Denver District Court*—Hon. JOHN I. MULLINS, Judge.

Mr. ANDREW WHITEHEAD, *Pro Se.*

Plaintiff in error brought suit to recoved damages from defendant in error for the alleged failure of

the latter to carry out the terms of a contract or option for the sale of certain shares of stock to plaintiff. To the complaint the defendant filed a general demurrer, which was overruled. The defendant answered, and then moved for a judgment on the pleadings, which was simply a demurrer to the complaint, upon the ground that it did not state facts sufficeint to constitute a cause of action. This motion was sustained. Plaintiff has brought the case here for review on error.

Mr. JUSTICE GABBERT delivered the opinion of the court:

A motion for judgment on the pleadings cannot be converted into a general demurrer to the complaint. —*Shuler v. Allam,* 45 Colo. 372; *Harris v. Harris,* 9 Colo. App. 211; *Mills v. Hart,* 24 Colo. 505; *Hoover v Horn,* 45 Colo. 288; *Rice v. Bush,* 16 Colo. 484.

The judgment of the district court is reversed and the cause remanded.     *Reversed and Remanded.*

Mr. JUSTICE MUSSER and Mr. JUSTICE HILL concur.